■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE GRANT, Appellant.—Judgment, Supreme Court, Bronx County (Joseph Mazur, J.), rendered on October 8, 1982, unanimously affirmed. Motion by appellant for leave to file a *pro se* supplemental brief and for other relief, denied in its entirety. No opinion. Concur—Kupferman, J. P., Ross, Asch, Milonas and Rosenberger, JJ.

■ In the Matter of GANS. MANUFACTURERS HANOVER TRUST COMPANY, Trustee (GANS), et al., Appellants; BERTRAND B. GANS, Respondent.—Order, Surrogate's Court, New York County (Marie Lambert, S.), entered on July 2, 1986, unanimously affirmed, without costs and without disbursements, for the reasons stated by Marie Lambert, S. Concur—Kupferman, J. P., Sullivan, Kassal, Ellerin and Smith, JJ. *[See,* 134 Misc 2d 426.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES LEE, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on March 13, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Rosenberger, Ellerin and Smith, JJ.

■ In the Matter of SCARAB EQUITIES CORP., Respondent, v 684 OWNERS CORP., Appellant.—Order Supreme Court, New York County (Stanley Ostrau, J.), entered on June 18, 1985, unanimously affirmed, without costs and without disbursements, and the appeal from the judgment of said court, entered on August 12, 1986, unanimously dismissed as abandoned, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Ross, Rosenberger, Ellerin and Smith, JJ.